# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN STAGGS

NO. 2023 KW 0848

NOVEMBER 6, 2023

---

In Re:     Steven Staggs, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 10-09-0936.

---

BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.

   **WRIT DENIED.** The records of the Clerk of Court of East
Baton Rouge Parish indicate that the district court is
proceeding toward disposition of relator's application for
postconviction relief.

                         MRT
                         AHP
                         HG

COURT OF APPEAL, FIRST CIRCUIT

         DEPUTY CLERK OF COURT
            FOR THE COURT